AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | )  |
|---|---|
| v. | ) |
| Sonja Brass Smith | ) Case No:  10-0224-WS |
|  | ) USM No: |
| Date of Original Judgment: May 9, 2012 | ) |
| Date of Previous Amended Judgment: _____ | ) Carlos Williams |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  80 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The government declined the opportunity to object to this reduction.  (Doc. 92).

Except as otherwise provided, all provisions of the judgment dated   May 9, 2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  August 31, 2015                         s/WILLIAM H. STEELE
                                                                              *Judge's signature*

Effective Date:  November 1, 2015                WILLIAM H. STEELE, Chief United States District Judge
*(if different from order date)*                            *Printed name and title*